UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA & ALICE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTIAN SEGURA,<br><br>    Defendant. | Case No. 15-cv-03294-KAW<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING ON PREJUDGMENT INTEREST CALCULATION**<br><br>Re: Dkt. No. 12 |

On November 5, 2015, the Court held a hearing on Plaintiff's motion for default judgment. During the hearing, Plaintiff's counsel represented that prejudgment interest was calculated based on the delinquency date for the last unpaid invoice. This is not clear upon further review of Plaintiff's moving papers. Mr. Bartlett's declarations indicate that interest was calculated as of May 1, 2015. (*See* Bartlett Decl. ¶ 10, Dkt. No. 12-2; Supp. Barlett Decl. ¶ 10, Dkt. No. 15-1.) Based on the statement of account provided in connection with the motion, May 1, 2015 appears to correspond to the date of the first unpaid invoice, not the last unpaid invoice. (*See* Smith Decl. ¶ 12, Ex. C, Dkt. No. 12-1.) Accordingly, Plaintiff shall provide a short supplemental brief explaining its prejudgment interest calculation within 14 days of this order.

IT IS SO ORDERED.

Dated: 11/06/15

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge